IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,** | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. **3:15-CV-2870-L** |
| **PIONEER NATURAL RESOURCES USA, INC., CLEAN HARBORS EXPLORATION SERVICES, INC., CLEAN HARBORS, INC., CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., DESTINY DRILLING, INC., GEMINI INSURANCE COMPANY, KAY COFFIELD DOBBS, BRENT L. DOBBS, TRUSTEE OF THE BDK TRUST, AND DONNA JEAN COFFMAN,** | § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiffs' Motion to Dismiss, filed November 2, 2015. The court determines that the motion should be, and is hereby, **granted**. Accordingly, Plaintiffs' claims against Defendants are **dismissed with prejudice**. The parties shall bear their own costs and fees.

**It is so ordered** this 17th day of November 2015.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**